EXHIBIT 1

From: Karnay, Laurie
Sent: Wednesday, February 11, 2015 8:34 AM
To: Russo, Lauren A.
Cc: Collie, Nigel (ORM); Long, Jeanne
Subject: RE: Request

Lauren:

I just want to confirm that the other items requested are being handled by you – see page 4 for example, of the request and you only need VACO assistance with the four items listed below.

Laurie L. Karnay
VACO FOIA Service Team Lead/ FOIAXpress Administrator
1100 First St., NE 4th Floor (005R1C)
(202) 632-7465


Classification: Internal and External Use\\Not VA Sensitive
This message has been categorized by Karnay, Laurie on Wednesday, February 11, 2015 at 8:33:51 AM in accordance with VA
Handbook 6500
From: Russo, Lauren A.
Sent: Thursday, February 05, 2015 4:15 PM
To: Karnay, Laurie
Subject: Request
Importance: High

Hi Laurie:
Please find attached the following FOIA request. I've contacted Nigel Collie from ORM, Jeanne Long from OEDCA, and Lisa M. at OSVA. So far, nobody has responsibility for this request. The Items that need to be transferred are the numbered items 1-4, reproduced for your convenience below.

Thank you so much for your help.
1.   All documents (of any date, no matter when created, including electronic versions, such as emails, and also attachments to the emails) reviewed by OEDCA, which found that a violation of Title VII occurred at the Philadelphia VA Medical Center.  This request includes copies of all documents (electronic or hard copies) which represent copies or blind copies. (Emphasis in original).
2.   All documents (of any date, no matter when created, including electronic versions, such as emails, and also attachments to the emails) considered by OEDCA, which found that a violation of Title VII occurred at the Philadelphia VA Medical Center.  This request includes copies of all documents (electronic or hard copies) which represent copies or blind copies. (Emphasis in original).
3.   All documents (of any date, no matter when created, including electronic versions, such as emails, and also attachments to the emails) supporting OEDCAs [sic], decision, which found that a violation of Title VII

occurred at the Philadelphia VA Medical Center.  This request includes copies of all documents (electronic or hard copies) which represent copies or blind copies. (Emphasis in original).

4.     All documents (of any date, no matter when created, including electronic versions, such as emails, and also attachments to the emails) concerning, reflecting, representing and/or summarizing any findings or conclusions by OEDCA, which found that a violation of Title VII occurred at the Philadelphia VA Medical Center.  This request includes copies of all documents (electronic or hard copies) which represent copies or blind copies. (Emphasis in original).


Lauren Russo, J.D.
Employee Relations Specialist, Human Resources
Philadelphia VA Medical Center
215-823-5800 x 5254
Lauren.Russo@va.gov


How was your HR service today?
Please take a few moments to complete the HR Customer Service Quick Card at this link: :  HR Quick Card