NOT FOR PUBLICATION                                    (Doc. Nos. 17, 24, 26, 28, 32)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| DOM WADHWA, M.D. | |
| Plaintiff, | Civil No. 15-2777 (RBK-KMW) |
| v. | **ORDER** |
| SECRETARY, DEPARTMENT OF VETERANS AFFAIRS | |
| Defendant. | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Dom Wadhwa ("Plaintiff")'s Motion for Judgment by Default (Doc. No. 17), Plaintiff's Motion for Judgment by Default and Motion to Deny Summary Judgment (Doc. No. 24), Plaintiff's Motion(s) to Impose Sanctions (Doc. Nos. 28, 32), and the Department of Veterans Affairs ("Defendant")'s Motion for Summary Judgment and to Vacate Order Compelling Discovery (Doc. No. 26), and the Court having considered the moving papers, and for the reasons expressed on the record;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Judgment by Default, Motion for Judgment by Default and Motion to Deny Summary Judgment, and Motion(s) to Impose Sanctions are **DENIED**.

**IT IS HEREBY FURTHER ORDERED** that this Court's November 22, 2016 Opinion and Order (Doc Nos. 13, 14) are **VACATED**.

**IT IS HEREBY FURTHER ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that the Clerk of Court shall **CLOSE THIS CASE**.

Dated: 03/22/2017                                                              s/ Robert B. Kugler
                                                                                                                           ROBERT B. KUGLER
                                                                                                                           United States District Judge