IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| Dom WADHWA, M.D., | |
| Plaintiff, | Civil No. 15-2777 (RBK/KMW) |
| v. | ORDER |
| SECRETARY, DEPARTMNT OF VETERANS AFFAIRS, | |
| Defendant. | |

**KUGLER**, United States District Judge:

**THIS MATTER** coming before the Court on Plaintiff's Motion to Redact and Seal Transcript/Digital Recording (Doc. No. 44); and

**THE COURT** noting that Plaintiff has failed to timely include a brief with his notice of motion, and that "[n]o application will be heard unless the moving papers and a brief . . . are filed with the Clerk at least 24 days prior to the noticed motion day," and that "the brief shall be a separate document for submission to the Court," *see* L. Civ. R. 7.1(d)(1);

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

Dated: March 9, 2018

ROBERT B. KUGLER
United States District Judge

1